**JAN EDWARD RONIS**
California Bar No. 51450
The Senator Building 3rd Floor
105 West "F" Street
San Diego, California 92101
Telephone: (619) 236-8344
Facsimile: (619)236-8820
jan@ronisandronis.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BERNARD G. SKOMAL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>EDGAR VEYTIA,<br>Defendant. | Case No. 17-mj-00928-BGS-1<br><br>**NOTICE OF APPEARANCE** |

JAN EDWARD RONIS, Attorney At Law, hereby makes a general appearance on behalf of Defendant EDGAR VEYTIA in the above entitled case.

Dated: March 30, 2017

*s/ Jan Edward Ronis*
JAN EDWARD RONIS
Attorney for Edgar Veytia