## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon via electronic email:

**U S Attorney CR**

Efile.dkt.gc2@usdoj.gov

**Guadalupe Valencia**

gvalencialaw@yahoo.com,sandra@cobiancontact.com@usdoj.gov

Dated: March 30, 2017

*/s/ Jan E. Ronis*

JAN EDWARD RONIS
Law Offices of Ronis and Ronis
105 West F Street, Third Floor
San Diego, California 92101-6036
(619) 236-8344 (tel)
(619) 236-8820 (fax)
email: jan@ronisandronis.com